■ In the Matter of County of Niagara, Respondent, v Richard F. Daines, as Commissioner of New York State Department of Health, et al., Appellants. [874 NYS2d 924]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered July 9, 2008 in a proceeding pursuant to CPLR article 78. The judgment granted the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs (*see Matter of County of Herkimer v Daines*, 50 AD3d 1456 [2009]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.